**Order entered September 25, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00076-CR

**JAMES LOYD BANKSTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 31508CC**

## ORDER

On August 13, 2014, this Court ordered appellant to file his brief by September 8, 2014. To date, the Court has not received appellant's brief, nor has counsel communicated with the Court regarding her failure to comply with this Court's order.

Accordingly, we **ORDER** appellant to file his brief within **TWENTY-ONE DAYS** of the date of this order. If the brief is not filed within the time specified, the Court will utilize the remedies available to it, including ordering that Lara Bracamonte be removed as appointed counsel and ordering the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dennis Jones, Presiding Judge, County Court at Law No. 1; Lara Bracamonte; and the Kaufman County District Attorney's Office.

/s/     LANA MYERS
         JUSTICE